IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TransCanada Power Marketing Ltd., ) | |
| and ) | |
| Retail Energy Supply Association, ) | |
| Petitioners ) | |
| v. ) | Case No. 14-1103 |
| Federal Energy Regulatory Commission, ) | (Consolidated with Nos. 14-1104, 14-1105) |
| Respondent ) | |
| Essential Power Massachusetts, LLC, et al., ) | |
| Intervenors ) | |

## JOINT (UNOPPOSED) PROPOSED
## BRIEFING FORMAT AND SCHEDULE

In response to the Court's August 29, 2014 order, Petitioner TransCanada Power Marketing Ltd., Petitioner Retail Energy Supply Association, Respondent Federal Energy Regulatory Commission, and Intervenors ISO New England Inc., Essential Power Massachusetts LLC, *et al.*, PSEG Energy Resource & Trade LLC, *et al.,* and New England Power Generators Association, Inc., have consulted and agreed to the following joint proposed briefing format and schedule. This joint proposal provides ample briefing time and opportunity to all Parties and avoids duplicative briefing. The Parties propose the following briefing format and schedule.

1

1. **Briefs.**  Petitioners TransCanada Power Marketing Ltd. and Retail Energy Supply Association will file a Joint Brief in these consolidated cases, subject to the standard allotment of 14,000 words.  Petitioners TransCanada Power Marketing Ltd. and Retail Energy Supply Association will also file a Joint Reply Brief, subject to the standard allotment of 7,000 words.  Respondent Federal Energy Regulatory Commission will file a single brief in these consolidated cases, subject to the standard allotment of 14,000 words. Intervenor New England Power Generators Association, Inc. intends to file a brief in support of Respondent.  Intervenors Essential Power Massachusetts, LLC, *et al.*, and PSEG Energy Resource & Trade LLC, *et al.,* do not seek to file briefs on their own behalf and will file a brief jointly with the New England Power Generators Association, Inc., should they decide to file an Intervenor brief with the Court.  Intervenor ISO New England does not intend to file a brief.  The Parties accordingly jointly propose to allow the New England Power Generators Association, Inc. (jointly with other Intervenors or on its own behalf, as the case may be) to file a single brief of Intervenor(s), not to exceed the standard allotment of 8,750 words.  *See* D.C. Cir. R. 32(a)(2)(B)(i).

2. **Schedule.**  Petitioners' principal brief will be submitted within 50 days after the Court enters the scheduling order in the proceeding.  Respondent Federal Energy Regulatory Commission's brief will be due 60 days after the filing of Petitioners' principal brief(s) (in accordance with its unopposed motion filed July 7, 2014, in these consolidated cases). The brief of Intervenor(s) will be due 15 days after the filing of the Respondent's brief. The Petitioners' reply brief will be due 14 days after the filing of the brief of Intervenor(s).  The deferred joint appendix will be due 7 days after the filing of Petitioners' reply brief; all final briefs will be due 14 days after the filing of the deferred

2

joint appendix.  Because the Parties do not know when the Court will issue a scheduling order, the Parties request the right to seek a modified schedule if the deadlines outlined in this section fall within the holiday season.

WHEREFORE, the Parties respectfully request that the Court enter an order establishing a briefing order in accordance with the foregoing.

                            Respectfully Submitted,

                            */s/ Bruce Anderson*_____

                            Bruce Anderson, Esq.
                            Director of Market and Regulatory Affairs
                            New England Power Generators Association, Inc.
                            141 Tremont Street, Floor 5
                            Boston, MA 02111
                            Tel: 617-902-2347
                            Fax: 617-902-2349
                            Email: banderson@nepga.org

                            Counsel for Intervenor New England Power Generators Association, Inc.

                            */s/ Kenneth Wiseman*
                            Kenneth Wiseman
                            Mark Sundback
                            William Rappolt
                            Allison Hellreich
                            Andrews Kurth LLP
                            1350 I Street, NW, Suite 1100
                            Washington, DC 20005
                            Tel: (202) 662-2700
                            E-mail:  kwiseman@andrewskurth.com
                            E-mail: msundback@andrewskurth.com
                            E-mail: wrappolt@andrewskurth.com
                            E-mail: ahellreich@andrewskurth.com

                            Counsel for Petitioner TransCanada Power Marketing Ltd.

*/s/ Elizabeth W. Whittle*
Elizabeth W. Whittle
Nixon Peabody, LLP
401 Ninth Street, N.W.
Suite 900
Washington, DC 20004
202-585-8338
ewhittle@nixonpeabody.com

Counsel for Petitioner Retail Energy Supply
Association


*/s/ Carol J. Banta*
Carol J. Banta
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC  20426
Tel.: (202) 502-6433
Fax: (202) 273-0901
Carol.Banta@ferc.gov


Counsel for Respondent Federal Energy
Regulatory Commission


*/s/ David T. Musselman*
David T. Musselman
Associate General Counsel
Essential Power, LLC
150 College Road West, Suite 300
Princeton, NJ 08540
(609) 917-3790
(609) 917-3791 (fax)
david.musselman@essentialpowerllc.com

Attorney for Intervenors Essential Power, LLC,
Essential Power Massachusetts, LLC
and Essential Power Newington, LLC

*/s/ Cara J. Lewis*
Cara J. Lewis
Assistant General Regulatory Counsel
PSEG Services Corporation
80 Park Plaza – T5G
Newark, New Jersey 07102
(973) 430-8836
(973) 430-5983 (facsimile)
Cara.Lewis@PSEG.com

Counsel for Intervenors PSEG Energy Resources & Trade LLC, PSEG Power Connecticut, LLC, and PSEG Power LLC

*/s/ Maria Gulluni*
Deputy General Counsel
ISO New England
One Sullivan Road
Holyoke, MA 01040
(413) 540-4473
mguulluni@iso-ne.com

Counsel for Intervenor ISO New England

Dated: September 29, 2014

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Appellate Procedure 25(c) and 25(d), and the Court's Administrative Order Regarding Electronic Case Filing, I hereby certify that I have served the foregoing document upon each person listed below.


William Michael Rappolt
Andrews Kurth LLP
1350 I Street, NW
Suite 1100
Washington, DC 20005
williamrappolt@andrewskurth.com

Mark F. Sundback
Andrews Kurth LLP
1350 I Street, NW
Suite 1100
Washington, DC 20005
msundback@andrewskurth.com

Kenneth L. Wiseman
Andrews Kurth LLP
1350 I Street, NW
Suite 1100
Washington, DC 20005
kwiseman@andrewskurth.com

Allison Hellrich
Andrews Kurth LLP
1350 I Street, NW
Suite 1100
Washington, DC 20005
ahellrich@andrewskurth.com

Kimberly D. Bose, Secretary
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426

Theodore J. Paradise, Esq.
ISO New England Inc.
One Sullivan Road
Holyoke, MA 01040
tparadise@iso-ne.com


Maria A. Gulluni, Deputy General Counsel
ISO New England Inc.
One Sullivan Road
Holyoke, MA 01040-000
mgulluni@iso-ne.com

Robert Solomon, Solicitor
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
robert.solomon@ferc.gov

Carol J. Banta
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
carol.banta@ferc.gov

Robert Harris Solomon, Esquire, Solicitor
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Robert.solomon@ferc.gov

David Talmage Musselman
Essential Power Services, LLC
Suite 300
150 College Road West
Princeton, NJ 08540
David.Musselman@essentialpowerllc.com

Elizabeth Ward Whittle
Nixon Peabody LLP
401 9th Street, NW
Suite 900
Washington, DC 20004-2128
ewhittle@nixonpeabody.com

Cara J. Lewis
PSEG Services Corporation

7

80 Park Plaza, T5G
Newark, NJ 07102-4194
Cara.Lewis@PSEG.com

Jodi L. Moskowitz
PSEG Services Corporation
80 Park Plaza, T5G
Newark, NJ 07102-4194
Jodi.Moskowitz@PSEG.com

Dated at Boston, MA, this 29th day of September, 2014.

Respectfully Submitted,

*/s/ Bruce Anderson*_____

Bruce Anderson, Esq.
Director of Market and Regulatory Affairs
New England Power Generators Association, Inc.
141 Tremont Street, Floor 5
Boston, MA 02111
Tel: 617-902-2347
Fax: 617-902-2349
Email: banderson@nepga.org

Counsel for Intervenor New England Power Generators Association, Inc.