# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 14-1103 | September Term, 2014 |
| | FERC-144FERC61204 |
| | FERC-147FERC61029 |
| | FERC-ER13-1851-000 |
| | FERC-ER13-1851-001 |
| | FERC-ER13-1851-002 |
| | FERC-ER13-1851-005 |
| | FERC-ER13-2266-000 |
| | FERC-ER13-2266-002 |
| | Filed On: October 2, 2014 |

TransCanada Power Marketing Ltd.,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------
Essential Power Massachusetts, LLC, et al.,
    Intervenors
------------------------------

Consolidated with 14-1104, 14-1105

## O R D E R

Upon consideration of the joint proposed briefing format and schedule, it is

**ORDERED** that the following briefing format and schedule apply in this case:

| | |
|---|---|
| Joint Brief for Petitioners (not to exceed 14,000 words) | 11/24/14 |
| Brief for Respondent (not to exceed 14,000 words) | 01/23/15 |
| Joint Brief for Respondent-Intervenors (not to exceed 8,750 words) | 02/09/15 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 14-1103**                                              **September Term, 2014**

| | |
|---|---|
| Joint Reply Brief for Petitioners (not to exceed 7,000 words) | 02/23/15 |
| Deferred Appendix | 03/02/15 |
| Final Briefs | 03/16/15 |

    The parties will be notified separately of the oral argument date and composition of the merits panel.

    To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

    Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                             BY:    /s/
                                              Michael C. McGrail
                                              Deputy Clerk